UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Fairley W. Newton,   )
    Plaintiff,   )
    )
v.   )   **JUDGMENT**
    )
Nationstar Mortgage, LLC,   )   No. 7:15-CV-16-D
    )
    Defendant.   )
    )

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that the court GRANTS defendant's motion to dismiss [D.E. 7] and cancels Newton's notice of lis pendens.

**This judgment filed and entered on May 26, 2015, and served on:**

Christopher W. Livingston (via CM/ECF Notice of Electronic Filing)
Nathan J. Taylor (via CM/ECF Notice of Electronic Filing)

May 26, 2015

JULIE RICHARDS JOHNSTON, CLERK

_____
By: Deputy Clerk